No. 598. SPEAR ET AL. v. THOMPSON ET AL. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs.*

*Reynolds Robertson, Fred Upchurch, James F. Gray,* and *Leonard J. Ganse* for petitioners. Messrs. *William Mc-Craw, W. J. Holt, William C. Davis, Charles M. Kennedy,* and *Earl Street* for respondents.

